# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| DARREN HARCUM, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-02512 |
| MARCEL LEBLANC, | : | |
| Defendant. | | |

## Order

**AND NOW** on this 2d day of September 2009, upon consideration of plaintiff's motion to proceed *in forma pauperis* (Doc. No. 1) and plaintiff's complaint, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to proceed *in forma pauperis* is **GRANTED**.

2. Plaintiff's complaint is **DISMISSED** to the extent that plaintiff invokes the Fourteenth Amendment as a separate and independent basis for relief.

3. Plaintiff's delay of medical care claim is **DISMISSED**.

4. Plaintiff's Eighth Amendment claim based on defendant's use of prison keys is **DISMISSED**.

5. Plaintiff's Eight Amendment claim based on defendant's kicking him may proceed.

s/ William H. Yohn Jr., Judge
William H. Yohn Jr., Judge