IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARREN HARCUM : 
 : CIVIL ACTION
 : 
    v. : 
 : 
MARCEL LEBLANC : NO. 09-2512

## ORDER

AND NOW, this 15th day of July 2010, after consideration of Plaintiff's first motion to compel discovery (Doc. 41) and second motion to compel discovery (Doc. 43), and any responses and replies thereto, it is HEREBY ORDERED as follows:

1. Plaintiff's first motion to compel discovery (Doc. 41) is DENIED WITHOUT PREJUDICE to renew the motion in the event Officer Robinson and/or Officer Singleton fail to answer Plaintiff's interrogatories; and

2. Plaintiff's second motion to compel discovery (Doc. 43) is GRANTED IN PART AND DENIED IN PART. The motion is granted insofar as Defendant shall provide Plaintiff with a complete copy of his medical records and the names of the corrections officers and any other prison personnel who are mentioned on Graterford's Special Needs Unit logbooks for the 2200 hours shift of November 16, 2008. The motion is denied in all other respects.

BY THE COURT:

/s/ Elizabeth T. Hey
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE