IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARREN HARCUM | : | |
| | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARCEL LEBLANC | : | NO. 09-2512 |

## **ORDER**

AND NOW, this 21st day of October 2010, after consideration of Defendant's motion for summary judgment (Doc. 60), to which pro se Plaintiff did not respond, it is HEREBY ORDERED that the motion is GRANTED and JUDGMENT IS ENTERED in favor of Defendant Marcel LeBlanc and against Plaintiff Darren Harcum

BY THE COURT:

/S/ELIZABETH T. HEY
_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE