IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DARREN HARCUM | : | |
| --- | --- | --- |
| | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARCEL LEBLANC | : | NO. 09-2512 |

## **ORDER**

AND NOW, this 23rd day of December 2010, after consideration of Defendant's motion for summary judgment (Doc. 60), to which pro se Plaintiff filed a letter response stating that he does not oppose the motion (Doc. 65), it is HEREBY ORDERED that the motion is GRANTED and JUDGMENT IS ENTERED in favor of Defendant Marcel LeBlanc and against Plaintiff Darren Harcum.

BY THE COURT:

/s/ELIZABETH T. HEY
_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE